UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PRIME INSURANCE SYNDICATE, INC.                CIVIL ACTION

VERSUS                                          NO:     04-02680

BENNIE JEFFERSON, ET AL.                       SECTION: "F" (4)

## ORDER

The Court, having considered, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and finding, as of this date, no objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

**IT IS THEREFORE ORDERED** that the Plaintiff's **Motion to Fix Amount of Attorney Fees (R. Doc. 135)** is **GRANTED**. The Plaintiff is hereby awarded attorney's fees in the amount of $52,010.62.

New Orleans, Louisiana, this 22nd day of ~~January~~ Feb. 2008

_____
UNITED STATES DISTRICT JUDGE